FRED G. WILSON and Another, Respondents, v. FLOYD D. BURDICK and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

HARRY W. PATTERSON, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18641.) — Judgment is modified by reducing the amount of such judgment to $8,383.46, with interest thereon from March 23, 1928, and as so modified the judgment is affirmed. Finding of fact numbered 33 is reversed; finding of fact numbered 35 is modified by striking out $9,571.35 and inserting in place thereof $8,383.46. Conclusion of law numbered 2 is modified by striking out $9,571.35 and substituting $8,383.46. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Davis and Whitmyer, JJ., dissent and vote for affirmance.

KATHERINE HOLLIDAY, Appellant, Respondent, v. CHARLES A. FRASURE and HELEN M. FRASURE, Appellants, Impleaded with FRANK CALLAHAN, Respondent, Appellant.— Order setting aside verdict as against defendant Callahan and granting a new trial as to him is reversed, on the law and the facts, with costs, and verdict reinstated, on the ground that the verdict of the jury was warranted by the evidence. Judgment against defendants Frasure, and order denying motion for new trial as to them, are affirmed, with costs. Order denying motion of defendant Callahan for a nonsuit and dismissal of the complaint as to him is affirmed. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

JOSEPH H. HAGAMAN, as Administrator, etc., of CHARLES HAGAMAN, Deceased, Respondent, v. McMANUS & RILEY, INC., Appellant. JOSEPH H. HAGAMAN, Respondent, v. McMANUS & RILEY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FRANK OWENS, Respondent, v. GEORGE ROBERTS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

HAZEL BLACK, Respondent, v. CARL W. SMITH, Appellant. CLIFTON M. BLACK, Respondent, v. CARL W. SMITH, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Appellant, v. LEON GIFFORD and Others, Assessors of the Town of Saratoga, Saratoga County, New York, Respondents.*— Order and judgment modified by reducing the assessed valuation from $535,000 to $377,950, and as so modified the order and judgment are affirmed, with costs to the appellant. The court reverses finding of fact numbered 16, and finds that the value of said property is the sum of $377,950. The court disapproves of conclusion of law numbered 1, and finds that the relator's real estate in said town should have been assessed on said assessment roll of 1928 at the sum of $377,950. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur, Whitmyer and Hill, JJ., dissent and vote for affirmance.